O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1067 AHM (FMOx) | Date | March 11, 2009 |
|---|---|---|---|
| Title | ROMANA GONZALEZ, et al. v. JOHN GUNSON, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On February 13, 2009, Plaintiffs filed a Motion for Preliminary Injunction that is noticed for a hearing on March 16, 2009. On February 27, 2009, Plaintiffs filed proofs of service of the Complaint and the Motion on Defendants John Gunson and Monique La Voie. As of today, Defendants have not responded to this motion or entered an appearance in this Court.

The proofs of service state that the documents were served by substitute service, *i.e.*, by mailing the documents to the defendants and by serving them on individuals who are identified as "Relative[s]" of the defendants and who were apparently at the defendants' residences. The proof of service for Defendant Gunson states that the documents were served on "Matthew Doe (M, Caucasian, 5'7", 40s' [sic], 190 lbs.) - Relative." The documents were delivered to an address in Simi Valley that is different from the addresses used in the letters sent to Gunson by the Southern California Housing Rights Center that are attached to the declarations submitted with the motion. The proof of service for Defendant La Voie states that the documents were served on "Ms. La Voie (F, Caucasian, late 50s' [sic], 150 lbs., 5'4") - Relative," at an address in Malibu.

/ / /

/ / /

/ / /

/ / /

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1067 AHM (FMOx) | Date | March 11, 2009 |
|---|---|---|---|
| Title | ROMANA GONZALEZ, et al. v. JOHN GUNSON, et al. | | |

    Plaintiffs are ORDERED to submit a declaration or declarations specifying facts about the purported service, particularly the service on Defendant Gunson at an address that the Court cannot locate elsewhere in the motion papers. The declarations should state how the process server knew that the recipients of the documents were relatives of the Defendants, how the Plaintiffs identified the addresses as the residences of Defendants, and any other facts that would establish proper service. The declarations must be filed on or before **March 13, 2009**.

                                                                                                                :

Initials of Preparer          SMO